# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANESTOR [A96-386-816], | CASE NO. 06cv2170 BEN (JMA) |
| Petitioner, | SCHEDULING ORDER |
| vs. | |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

Petitioner James Anestor ("Anestor" or "Petitioner") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. 2441 on October 2, 2006, along with a motion to proceed in forma pauperis ("IFP"). The IFP motion was denied, and Anestor paid the five dollar filing fee on October 24, 2006. His petition was subsequently reopened.

On March 15, 2007, Anestor moved for a scheduling order. That motion is hereby granted, and the schedule shall be as follows:

The government shall file its return, if any, to the petition by May 4, 2007.

Upon review of the return, the Court shall set a hearing date, if one is necessary.

IT IS SO ORDERED.

DATED: April 13, 2007

Hon. Roger T. Benitez
United States District Judge