UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| JAMES ANESTOR [A96-386-816], | Case No. 06cv2170-BEN (JMA) |
| Petitioner, | |
| v. | ORDER GRANTING REQUEST FOR APPOINTMENT OF COUNSEL AND SETTING SCHEDULE FOR TRAVERSE |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

Petitioner requests that the Court appoint Federal Defenders of San Diego, Inc. ("Federal Defenders") as his counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B).

Based upon the allegations of the Petition and motion for appointment of counsel, in the interest of justice, the Court hereby **GRANTS** Petitioner's request for appointment of counsel. Federal Defenders is hereby appointed counsel for Petitioner.

Additionally, any traverse or reply by Petitioner must be filed on or before May 18, 2007.

Upon review of the reply, the Court shall set a hearing date, if one is necessary.

**IT IS SO ORDERED.**

DATED: April 24, 2007

_____
Hon. Roger T. Benitez
United States District Judge