# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANESTOR,<br><br>                    Petitioner,<br>  vs.<br><br>MICHAEL CHERTOFF, et al.,<br><br>                    Respondents. | CASE NO. 06CV2170-BEN (JMA)<br><br>**ORDER AMENDING JUDGEMENT**<br>[D.E. 22] |

**WHEREAS FOR GOOD CAUSE SHOWN**, the Court's Order Granting Petition for Writ of Habeas Corpus entered on August 27, 2007, shall be amended as follows:

Page 5, lines 9-10: "pursuant to the provisions of Title 8 U.S.C. § 1226(a)" is deleted and replaced by "pursuant to the provisions of Title 8 U.S.C. § 1231(a) and supporting regulations"

**IT IS SO ORDERED.**

DATED: August 31, 2007

                                              Hon. Roger T. Benitez<br>                                              United States District Judge

cc: All parties and respective counsel